UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAJAI CALIP,<br><br>           Plaintiff,<br><br>     v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>           Defendant. | Case No. 14-cv-02047-JD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 5 |

Pro se plaintiff Tajai Calip filed a complaint against Defendant Social Security Administration ("SSA") in Alameda County Superior Court on April 1, 2014. Dkt. No. 1, Ex. A. On May 5, 2014, SSA removed the case to this Court, (Dkt. No. 1), and on May 12, 2014, SSA filed a Motion to Dismiss the Complaint. See Dkt. No. 5. Under Civil Local Rule 7-3, Ms. Calip's response to SSA's motion was due on May 26, 2014. Ms. Calip did not file a response to SSA's motion.

Ms. Calip is ordered to show cause why SSA's Motion to Dismiss should not be granted. Ms. Calip's response is due by Noon on June 30, 2014. Failure to respond to the SSA's Motion to Dismiss may result in the motion being granted, and the action being dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 18, 2014

_____
JAMES DONATO
United States District Judge