UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAJAI CALIP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. 14-cv-02047-JD<br><br>**ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 10 |

　　On July 14, 2014, the Court entered an order granting defendant Social Security Administration's Motion to Dismiss and dismissed this case without prejudice for failure to prosecute. *See* ECF No. 10. After finding that the factors set forth in the Ninth Circuit's decision in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002), considered together, weighed in favor of dismissal for failure to prosecute, the Court informed plaintiff Tajai Calip that if she did not file an amended complaint within ninety days, the case would be dismissed *with* prejudice.

　　More than ninety days have now passed without an amended complaint -- or any other filing -- from Ms. Calip. The Court therefore dismisses the case with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

　　**IT IS SO ORDERED**.

Dated: October 23, 2014

_____
JAMES DONATO
United States District Judge